1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| CANDACE GEORGESON, | Case No. 1:19-cv-00771-SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. | (ECF No. 2) |
| | TWENTY DAY DEADLINE |

11
12
13
14
15
16
17

18    Candace Georgeson ("Plaintiff") filed the complaint in this action on May 31, 2019.

19  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to

20  proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, Plaintiff's application was

21  contains inconsistencies that preclude the Court from determining if she is entitled to proceed in

22  forma pauperis in this action.  Plaintiff indicated that she does not receive monies from any

23  source, including "pensions, annuities, or life insurance payments" but indicated that she has

24  money in the bank from retirement which indicates that she may be receiving income.

25    Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed

26  in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is

27  unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in

28  full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.    Plaintiff's application to proceed <u>in forma pauperis</u> is DENIED without prejudice;

2.    The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3.    Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4.    If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **June 3, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

2