# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE GEORGESON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00771-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED <u>IN FORMA PAUPERIS</u> AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF Nos. 1, 2, 3, 4) |

    Candace Georgeson ("Plaintiff") filed the complaint in this action on May 31, 2019. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Because the application to proceed <u>in forma pauperis</u> contained inconsistencies, the Court ordered Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. (ECF No. 3.) On June 24, 2019, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. (ECF No. 4.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

    Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon

1

completion of service.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **June 25, 2019**

UNITED STATES MAGISTRATE JUDGE

2