# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

CANDACE GEORGESON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 1:19-cv-00771-SAB

ORDER RE STIPULATION FOR A FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SETTLEMENT REQUEST

(ECF No. 13)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall respond to Plaintiff's letter brief on or before **January 29, 2020**;
2. If the parties do not voluntarily remand the case, Plaintiff shall file her opening brief on or before **February 28, 2020**;
3. Defendant shall file a responsive brief on or before **March 29, 2020**; and
4. Plaintiff's reply, if any, shall be filed on or before **April 13, 2020**.

IT IS SO ORDERED.

Dated: **January 3, 2020**

UNITED STATES MAGISTRATE JUDGE

1